IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM DIMERCURIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:11-cv-01175 |
| | ) |
| DEIDRE MALCOM., | ) |
| | ) |
| Defendant. | ) |

### OFFER OF JUDGMENT

COMES NOW Defendant, Deidre Malcom, by and through her undersigned counsel, and pursuant to Rule 68 of the Federal Rules of Civil Procedure offers judgment to be taken against her in the amount of $45,000.00 inclusive of costs accrued to date.

HEPLERBROOM LLC

By: _____/s/ Thomas J. Magee_____
Thomas J. Magee,   # 3725
800 Market Street, Suite 2300
St. Louis, Missouri 63101
Telephone:  (314) 241-6160
Facsimile:   (314) 241-6116
Email:  tmagee@heplerbroom.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th of June, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system and by way of U.S. Mail upon the following:

*Noel A. Sevastianos*                                                    Noel@NoelsLaw.com
*Sevastianos & Associates, PC*
*120 South Central Avenue, Suite 130*
*St. Louis, MO  63105-1705*
*Attorney for Plaintiff*


                                                                     By: */s/ Thomas J. Magee*